IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–N–2031 (OES)

JOHN R. TRUJILLO,

    Applicant,

v.

LARRY REID and
KEN SALAZAR, The Attorney General of the State of Colorado,

    Respondents.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation for Dismissal" filed November 22, 2005. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The Application for Writ of Habeas Corpus (#1, filed October 1, 2004) is DENIED.

3. The clerk shall enter Judgment in favor of Respondents and against Applicant; and

4.  This civil action and petition are DISMISSED with prejudice.

DATED this 6th day of December, 2005.

                                BY THE COURT:

                                s/ Edward W. Nottingham
                                EDWARD W. NOTTINGHAM
                                United States District Judge